# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3444
_____

VLADIMIR CARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

April 13, 2018


PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger and Lori Willner, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.